JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HOLOGENIX, LLC<br><br>　　　　Debtor,<br>_____<br><br>MULTIPLE ENERGY TECHNOLOGIES, LLC,<br><br>　　　　Appellant,<br><br>　　v.<br><br>HOLOGENIX, LLC,<br><br>　　　　Appellees.<br>_____ | Case No. CV 22-7510-FMO<br><br>(BK Case No. 2:20-bk-13849 BR)<br>(Adv. Case No. 2:22-ap-01098 BR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Bankruptcy Appeal ("Court's Order"), filed contemporaneously with the filing of this judgment, IT IS ADJUDGED that the above-captioned action is reversed and remanded for proceedings consistent with the Court's Order.

Dated this 29th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge