# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 22-7510 FMO** | Date | **March 2, 2026** |
|---|---|---|---|
| Title | **In re Hologenix, LLC** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Appellant: None Present

Attorney Present for Appellee: None Present

**Proceedings:**   **(In Chambers) Order Re: Further Proceedings**

Pursuant to the Ninth Circuit's Mandate (Dkts. 111, 112, & 113), IT IS ORDERED THAT (1) the Bankruptcy Court's Confirmation Order (Br. Dkt. 763) and accompanying Confirmation FFCL (Br. Dkt. 762); (2) the Bankruptcy Court's Dismissal Order (Br. Dkt. 760); (3) the Bankruptcy Court's Contract Order (Br. Dkt. 761); and (4) the Bankruptcy Court's MSJ Order (Adv. Pro. Dkt. 34) are remanded for proceedings consistent with the Court's Order of March 29, 2024. (Dkt. 97).

00 : 00

Initials of Preparer   vdr